The Law Office Of
# STEVEN A. MORELLI

1461 Franklin Avenue, Garden City, New York 11530

Tel: 516-393-9151                                                                                              Fax: 516-280-7528

---

April 14, 2011

*Via Facsimile and ECF*
The Honorable Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room N208
Brooklyn, NY 11201

Re:   *Naomi Peterson v. Verizon, Inc.*
      *Index No.: 11-cv-1087(ENV)(RER);* Related case: 10-cv-5153 (ENV)(RER)

Dear Magistrate Judge Reyes:

     We represent Plaintiff, Naomi Peterson, in the above referenced matter. We most respectfully request an adjournment on consent of the deadline to amend the Article 75 petition scheduled by Your Honor for submission on Friday, April 15, 2011. We ask that the deadline be adjourned one week to April 22, 2011, so that the papers can be finalized. All following dates in this matter would accordingly be extended one week. Should you have any further questions, please feel free to contact this office.

Thank you for Your Honor's consideration of this request.

                                                         Very truly yours,

                                                         Steven A. Morelli

cc: Paul Galligan