UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
NAOMI PETERSON,                                                 :
:  No. 1:11-cv-01087-(ENV) (RER)
:
                              Petitioner,                       :
:
For an Order Pursuant to Article 75 of the CPLR                 :  **NOTICE OF CHANGE**
Vacation an Arbitration Award of a certain controversy          :  **OF FIRM AND ADDRESS**
:
    -against-                                                   :
:
VERIZON, INC.                                                   :
:
                              Respondent.                       :
----------------------------------------------------------------x

    PLEASE TAKE NOTICE, that Howard M. Wexler, formerly of Bond, Schoeneck & King PLLC, is now an Associate of Seyfarth Shaw LLP, attorneys for the Respondent, Verizon Inc.

My new address and contact information is as follows:

    Seyfarth Shaw LLP
    620 Eighth Avenue, 32nd Floor
    New York, New York  10018-1405

    Main Office Number:  (212) 218-5500
    Main Fax Number:  (212) 218-5526

    E-mail address:  hwexler@seyfarth.com


Dated: New York, New York           Respectfully submitted,
      May 18, 2011
                                       SEYFARTH SHAW LLP

                                       By__s/ Howard M. Wexler_____
                                          Howard M. Wexler
                                       620 Eighth Avenue, 32nd Floor
                                       New York, New York 10018-1405
                                       (212) 218-5500
                                       (212) 218-5526

                                       Attorneys for Respondent

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on May 18, 2011, the foregoing Notice of Change of Firm and Address was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to counsel of record for the plaintiff.

s/ Howard M. Wexler
Howard M. Wexler

13403149v.1